Linda Lye (CA SBN 215584)
llye@aclunc.org
Matthew T. Cagle (CA SBN 286101)
mcagle@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 255-8437

Patrick Toomey (admission pro hac vice pending)
ptoomey@aclu.org
Anna Diakun (admission pro hac vice pending)
adiakun@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
Fax: (212) 549-2654

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICA CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No._____<br><br>NOTICE OF APPEARANCE OF COUNSEL |

Notice is hereby given of the entry of Matthew T. Cagle of the American Civil Liberties Union Foundation of Northern California as appearing in this matter as additional counsel for Plaintiffs American Civil Liberties Union of Northern California, American Civil Liberties Union, and American Civil Liberties Union Foundation, in the above-entitled action. Pursuant to Federal Rule of Civil Procedure 5, all further notice and copies of pleadings, papers, and other material relevant to this action should also be directed to and served upon:

> Matthew T. Cagle (State Bar No. 286101)
> mcagle@aclunc.org
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION
> OF NORTHERN CALIFORNIA
> 39 Drumm Street
> San Francisco, CA 94111
> Telephone:  (415) 621-2493

DATED:  June 21, 2017                    Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

By: */s/ Matthew T. Cagle*_____
     Matthew T. Cagle

     Attorney for Plaintiffs

1

NOTICE OF APPEARANCE OF COUNSEL
*American Civil Liberties Union of Northern California, American Civil Liberties Union, and American Civil Liberties Union Foundation v. DOJ,*
Case No.