Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

American Civil Liberties Union of Northern California, et al.,

Plaintiff(s),

v.

Department of Justice,

Defendant(s).

Case No: 3:17-cv-03571

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Patrick Toomey__, an active member in good standing of the bar of __the State of New York__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __all Plaintiffs__ in the above-entitled action. My local co-counsel in this case is __Linda Lye and Matthew Cagle__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

MY TELEPHONE # OF RECORD:
(212) 549-2500

MY EMAIL ADDRESS OF RECORD:
ptoomey@aclu.org

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
ACLU of Northern California
39 Drumm Street
San Francisco, CA 94111

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 621-2493

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
llye@aclunc.org; mcagle@aclunc.org

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 6/21/2017

Patrick Toomey
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Patrick Toomey__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE



# Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Patrick Christopher Toomey** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **11th** day of **January 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on June 20, 2017.

*Aprilanne Agostino*

Clerk of the Court