AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| American Civil Liberties Union of Northern California; American Civil Liberties Union; American Civil Liberties Union Foundation <br><br> *Plaintiff(s)* <br><br> v. <br><br> DEPARTMENT OF JUSTICE <br><br> *Defendant(s)* | Civil Action No.  17-cv-3571 KAW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Linda Lye (CA Bar No. 215584)
Matthew T. Cagle (CA Bar No. 286101)
American Civil Liberties Union of Northern California, INC
39 Drumm Street, San Francisco, CA 94111.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: June 22, 2017

*Signature of Clerk or Deputy Clerk*