Linda Lye (State Bar No. 215584)
llye@aclunc.org
Matthew T. Cagle (State Bar No. 286101)
mcagle@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 255-8437

Patrick Toomey (admitted pro hac vice)
ptoomey@aclu.org
Anna Diakun (admitted pro hac vice)
adiakun@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
Fax: (212) 549-2654

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICA CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No.: 4:17-cv-03571<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Notice is hereby given of the entry of Anna Diakun of the American Civil Liberties Union Foundation as appearing in this matter as additional counsel for Plaintiffs American Civil Liberties Union of Northern California, American Civil Liberties Union, and American Civil Liberties Union Foundation, in the above-entitled action. Pursuant to Federal Rule of Civil Procedure 5, all further notice and copies of pleadings, papers, and other material relevant to this action should also be directed to and served upon:

>Anna Diakun (admitted pro hac vice)
>adiakun@aclu.org
>AMERICAN CIVIL LIBERTIES UNION FOUNDATION
>125 Broad Street, 18th Floor
>New York, NY 10004
>Tel: (212) 549-2500
>Fax: (212) 549-2654

DATED:  June 23, 2017                    Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

By: */s/ Anna Diakun*
    Anna Diakun

Attorney for Plaintiffs

NOTICE OF APPEARANCE OF COUNSEL
*American Civil Liberties Union of Northern California, American Civil Liberties Union, and American Civil Liberties Union Foundation v. DOJ,* Case No. 4:17-cv-03571