Linda Lye (CA SBN 215584)
llye@aclunc.org
Matthew T. Cagle (CA SBN 286101)
mcagle@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 255-8437

Patrick Toomey (admitted pro hac vice)
ptoomey@aclu.org
Anna Diakun (admitted pro hac vice)
adiakun@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
Fax: (212) 549-2654

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　　　Defendant. | Case No. 17-cv-3571 KAW<br><br>PROOF OF SERVICE |

PROOF OF SERVICE
*American Civil Liberties Union of Northern California, American Civil Liberties Union, and American Civil Liberties Union Foundation v. DOJ*,
Case No. 17-cv-3571 KAW

I, Veronica Ramirez, declare that I am employed in the City and County of San Francisco, over the age of 18 years, and not a party to the within action or cause. My business address is 39 Drumm Street, San Francisco, CA 94111. On June 27, 2017, I served a true and correct copies of the following documents:

1. Order Granting Application for Admission for Attorney Pro Hac Vice for Anna Diakun.
2. Order Granting Application for Admission for Attorney Pro Hac Vice for Patrick Toomey.
3. Notice of Appearance of Counsel for Anna Diakun.
4. Notice of Appearance of Counsel for Patrick Toomey.

on the parties listed below by first class United States mail in a sealed envelope with all fees paid:

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Department of Justice
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

I declare under penalty of perjury that this information is true.

Dated: June 27, 2017

By: _____
Veronica Ramirez
Senior Litigation Assistant