UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case Number: 4:17-cv-03571-JSW<br><br>JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER |

The parties to the above-entitled action jointly submit this JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California dated January 17, 2017, and Civil Local Rule 16-9.

1. Jurisdiction & Service

There are no issues concerning personal jurisdiction, venue, or service. Plaintiffs brought this action under the Freedom of Information Act ("FOIA"), 5 U.S.C § 552(a)(4)(B) and 28 U.S.C. § 1331. All parties have been served.

2. Facts

By letter dated February 6, 2017, Plaintiffs American Civil Liberties Union of Northern California, American Civil Liberties Union, and American Civil Liberties Union Foundation (together, the "ACLU") submitted a FOIA request to the Department of Justice ("DOJ") seeking

certain records related to a DOJ memorandum entitled "Determining Whether Evidence Is 'Derived From' Surveillance Under Title III or FISA." By email dated February 10, 2017, DOJ, via its component National Security Division ("NSD"), informed Plaintiffs that it had conducted a search and had located two responsive records, but asserted that they were exempt from disclosure. Plaintiffs exhausted their administrative remedies and filed suit on June 21, 2017.

3. Legal Issues

Whether the two documents identified by Defendant as responsive to Plaintiffs' FOIA request must be disclosed pursuant to FOIA.

4. Motions

There are no prior or pending motions. The parties anticipate that this matter can be resolved on summary judgment.

5. Amendment of Pleadings

No party anticipates amending its pleadings.

6. Evidence Preservation

Defendant acknowledges its duty to preserve relevant materials in accordance with applicable rules and case law.

7. Disclosures

The parties agree and stipulate pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) that initial disclosures are not necessary, as this is a FOIA action for which there is no need to exchange such disclosures.

8. Discovery

To date, no discovery has been taken by any party. Defendant notes that discovery is generally not appropriate in FOIA actions. *See Lane v. Dep't of Interior*, 523 F.3d 1128, 1134 (9th Cir. 2008) (stating that in FOIA "cases courts may allow the government to move for summary judgment before the plaintiff conducts discovery"). Plaintiffs note that discovery may be appropriate in certain circumstances and reserve the right to seek discovery. *See, e.g.*, *Carney v. DOJ*, 19 F.3d 807, 812-13 (2d Cir. 1994) (discovery appropriate where a party has provided

"some tangible evidence that an exemption claimed by the agency should not apply or summary judgment is otherwise inappropriate").  But Plaintiffs do not anticipate propounding discovery before the government moves for summary judgment.

9.  Class Actions

This is not a class action.

10.  Related Cases

Undersigned counsel are unaware of any related cases before another judge of this Court.

11.  Relief

Plaintiffs seek an order directing defendant to produce the withheld information. Defendant denies that Plaintiffs are entitled to the relief requested, or any relief whatsoever.

12.  Settlement and ADR

This case has been assigned to the ADR Multi-Option Program, and the parties have conferred about ADR processes in conformance with ADR L.R. 3-5.  The parties respectfully submit that this case is not well-suited to ADR resolution, and that ADR is not likely to increase the likelihood of resolving this matter.  The parties therefore request that the Court exempt this case from ADR.

13.  Consent to Magistrate Judge For All Purposes

Plaintiffs consented to assignment of this case to a Magistrate Justice for all purposes. Defendant declined.

14.  Other References

The parties agree that this case is not suitable for reference to binding arbitration or a special master, or reference to the Judicial Panel on Multidistrict Litigation.

15.  Narrowing of Issues

After meeting and conferring, the parties have narrowed the issue in this case to whether the two documents identified by Defendant must be disclosed pursuant to FOIA.  Plaintiffs are not challenging the adequacy of Defendant's search for documents.

16. Expedited Trial Procedure

The parties believe that this case, like typical FOIA matters, can be resolved on summary judgment. The expedited trial procedure is therefore inapplicable.

17. Scheduling

The parties anticipate that this matter can ultimately be resolved on summary judgment. The parties propose the following schedule for cross-motions for summary judgment:

- Defendant's opening brief shall be filed no later than September 1, 2017.
- Plaintiffs' combined cross-motion (if any) and opposition shall be filed no later than September 29, 2017.
- Defendant's combined reply and opposition shall be filed no later than October 20, 2017.
- Plaintiffs' reply shall be filed no later than November 3, 2017;
- Hearing to be held on November 17, 2017, or as soon thereafter as the parties may be heard.

Because the parties agree that this case can be resolved on summary judgment and have agreed upon a proposed schedule, they do not believe that the Case Management Conference currently scheduled for September 29, 2017, is necessary. If the Court agrees, the parties respectfully request that the scheduled conference be vacated.

18. Trial

The parties anticipate that this entire case will be resolved on summary judgment.

19. Disclosure of Non-party Interested Entities or Persons

Defendant is a government entity that is exempt from filing a certification of Interested Entities or Persons pursuant to Civil L.R. 3-15. As set forth in Plaintiffs' Civil L.R. 3-15

statement filed on June 21, 2017, the undersigned counsel for Plaintiffs certifies that other than the named parties, there is no such interest to report.

20. Professional Conduct

The attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

21. Other

None.

Dated: August 9, 2017  /s/ *Linda Lye*[1]
American Civil Liberties Union Foundation of
Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: llye@aclunc.org

Counsel for Plaintiffs

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

Dated: August 9, 2017  */s/ Timothy A. Johnson*
TIMOTHY A. JOHNSON
Trial Attorney
D.C. Bar No. 986295
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7322
Washington, D.C. 20001
Email: timothy.johnson4@usdoj.gov
Phone: (202) 514-1359
Fax: (202) 616-8470

Counsel for Defendant

---

[1] Pursuant to Local Rule 5-1(i)(3), the undersigned filer declares that concurrence in the filing of this document has been obtained from the other signatory to this document.

Joint Case Management Statement and [Proposed] Order
Case no. 4:17-cv-03571-JSW

## [PROPOSED] CASE MANAGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. In addition, the Court adopts the following briefing schedule:

- Defendant's opening brief shall be filed no later than September 1, 2017.
- Plaintiffs' combined cross-motion (if any) and opposition shall be filed no later than September 29, 2017.
- Defendant's combined reply and opposition shall be filed no later than October 20, 2017.
- Plaintiffs' reply shall be filed no later than November 3, 2017;
- Hearing to be held on November 17, 2017, or as soon thereafter as the parties may be heard.

This case is exempted from ADR, and the Case Management Conference currently scheduled for September 29, 2017, is vacated.

IT IS SO ORDERED.

Dated:

UNITED STATES DISTRICT JUDGE