Linda Lye (CA SBN 215584)
llye@aclunc.org
Matthew T. Cagle (CA SBN 286101)
mcagle@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 255-8437

Patrick Toomey (admitted *pro hac vice*)
ptoomey@aclu.org
Anna Diakun (admitted *pro hac vice*)
adiakun@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
Fax: (212) 549-2654

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>               Plaintiffs,<br><br>   v.<br><br>DEPARTMENT OF JUSTICE,<br><br>               Defendant. | Case No. 4:17-cv-03571 JSW<br><br>[PROPOSED] ORDER |

*ACLU of N. Cal., et al. v. DOJ,* Case No. 4:17-cv-03571 JSW

**[PROPOSED] ORDER**

This matter comes before the Court on Defendant's Motion for Summary Judgment and Plaintiffs' Cross-Motion for Summary Judgment.  Upon consideration of the argument and evidence submitted by the parties, it is hereby ORDERED that Defendant's Motion for Summary Judgment is DENIED and Plaintiff's Cross-Motion for Summary Judgment is GRANTED.

IT IS SO ORDERED.

Date: _____

_____
United States District Judge
Jeffrey S. White