Matthew T. Cagle (CA SBN 286101)
mcagle@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 255-8437

Patrick Toomey (admitted *pro hac vice*)
ptoomey@aclu.org
Anna Diakun (admitted *pro hac vice*)
adiakun@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
Fax: (212) 549-2654

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Case No. 4:17-cv-03571 JSW <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL LINDA LYE AND [PROPOSED] ORDER PERMITTING WITHDRAWAL** <br><br> The Honorable Jeffrey S. White |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 11-5, Linda Lye hereby withdraws as counsel of record for Plaintiffs American Civil Liberties Union of Northern California, American Civil Liberties Union and American Civil Liberties Union Foundation in the above-captioned matter. The reason for withdrawal is that Ms. Lye will be ending her employment at the American Civil Liberties Union Foundation of Northern California.

Please remove the following from your service list:

LINDA LYE (SBN 215584)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: llye@aclunc.org

All other counsel on the pleadings remain as counsel for Plaintiffs.


Dated: November 14, 2018                    By: */s/ Matthew Cagle*
                                            Matthew Cagle

                                            AMERICAN CIVIL LIBERTIES UNION
                                            FOUNDATION OF NORTHERN
                                            CALIFORNIA
                                            39 Drumm Street
                                            San Francisco, CA 94111
                                            Tel: (415) 621-2493
                                            Fax: (415) 255-8437

                                            Patrick Toomey (admitted *pro hac vice*)
                                            Anna Diakun (admitted *pro hac vice*)
                                            AMERICAN CIVIL LIBERTIES UNION
                                            FOUNDATION
                                            125 Broad Street, 18th Floor
                                            New York, NY 10004
                                            Tel: (212) 549-2500
                                            Fax: (212) 549-2654

                                            *Attorneys for Plaintiffs*

1    **IT IS SO ORDERED,**

2

3

4    Dated: November 14, 2018                          _____

5                                                      JEFFREY S. WHITE
                                                       United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28