UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 17-cv-03571-JSW<br><br>**ORDER REQUIRING PRODUCTION OF DOCUMENTS FOR IN CAMERA REVIEW**<br><br>Re: Dkt. Nos. 25-26 |

The parties' cross-motions for summary judgment are pending before the Court. The Court has considered the parties' supplemental briefs regarding the Ninth Circuit's decision in *ACLU of Nor. Cal. v. U.S. Dep't of Justice*, 880 F.3d 473 (9th Cir. 2018), and it HEREBY ORDERS the Defendant to file under seal and on an *ex parte* basis a copy of the two documents at issue so that the Court may conduct an *in camera* review of those documents. Defendant shall file those documents by no later than March 29, 2019.

**IT IS SO ORDERED.**

Dated: March 20, 2019

_____
JEFFREY S. WHITE
United States District Judge