JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Director

COURTNEY D. ENLOW
Trial Attorney
NC Bar No. 46578
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12012
Washington, DC 20005
Telephone: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | CASE NO. 4:17-CV-03571-JSW<br><br>**DEFENDANT'S NOTICE OF LODGING PAPER COPIES OF SEALED DOCUMENTS FOR *EX PARTE*, *IN CAMERA* REVIEW** |

DEFENDANT'S NOTICE OF LODGING PAPER COPIES OF SEALED DOCUMENTS FOR
*EX PARTE, IN CAMERA* REVIEW
*ACLU v. Dep't of Justice*, No. 4:17-cv-03571-JSW

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW, Room 12102**
**Washington, DC 20005**
**Tel: (202) 616-8467**

On March 20, 2019, the Court ordered Defendant to "to file under seal and on an *ex parte* basis a copy of the two documents at issue so that the Court may conduct an *in camera* review of those documents." Court's Order Requiring Production of Documents for *In Camera* Review, ECF No. 45. Pursuant to that Order and instructions from the Clerk's Office, on March 26, 2019, undersigned counsel arranged for two copies of the two documents at issue to be hand-delivered to the Clerk's Office in envelopes marked with the first page of this Notice.

Dated: March 27, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Director

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW
Trial Attorney
NC Bar No. 46578
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12102
Washington, DC 20005
Telephone: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendant*

DEFENDANT'S NOTICE OF LODGING PAPER COPIES OF SEALED DOCUMENTS FOR
*EX PARTE, IN CAMERA* REVIEW
*ACLU v. Dep't of Justice*, No. 4:17-cv-03571-JSW

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW, Room 12102**
**Washington, DC 20005**
**Tel: (202) 616-8467**

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2019, I electronically filed the foregoing document using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated:     March 27, 2019         */s/ Courtney D. Enlow*
                                  COURTNEY D. ENLOW
                                  Trial Attorney
                                  NC Bar No. 46578
                                  United States Department of Justice
                                  Civil Division, Federal Programs Branch
                                  1100 L Street, NW, Room 12102
                                  Washington, DC 20005
                                  Telephone: (202) 616-8467
                                  Email: courtney.d.enlow@usdoj.gov

                                  *Counsel for Defendant*

DEFENDANT'S NOTICE OF LODGING PAPER COPIES OF SEALED DOCUMENTS FOR *EX PARTE, IN CAMERA* REVIEW
*ACLU v. Dep't of Justice*, No. 4:17-cv-03571-JSW

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW, Room 12102**
**Washington, DC 20005**
**Tel: (202) 616-8467**