UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 17-cv-03571-JSW<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Defendant's motion for summary judgment, and denying Plaintiffs' cross-motion for summary judgment, JUDGMENT IS HEREBY ENTERED in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: April 15, 2019

_____
JEFFREY S. WHITE
United States District Judge